1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorneys for Defendant,
   State Farm Mutual Automobile Insurance Company
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 MARIA ABUEG,
                                    CASE NO.: 2:14-cv-00635-GMN-GWF
11              Plaintiff,

12 vs.

13 STATE FARM MUTUAL AUTOMOBILE        **STIPULATION AND ORDER FOR**
   INSURANCE COMPANY dba STATE         **DISMISSAL WITH PREJUDICE**
14 FARM, an entity licensed to do business in the
   State of Nevada; ROE CORPORATIONS I
15 through X, inclusive; and DOES I through X,
   inclusive,
16
17              Defendants.

18

19     IT IS HEREBY STIPULATED by and between the Plaintiff, Maria Abueg, and Defendant, State

20 Farm Mutual Automobile Insurance Company dba State Farm, parties hereto, by and through their

21 respective counsel, Parker Scheer Lagomarsino, for Plaintiff, and Hall Jaffe & Clayton, LLP, for

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 23rd day of December, 2014.   DATED this 23rd day of December, 2014.

PARKER SCHEER LAGOMARSINO          HALL JAFFE & CLAYTON, LLP

By _____ #13091             By _____
Daniel M. Ryan, Esq.                Riley A. Clayton, Esq.
Nevada Bar No. 012485               Nevada Bar No.005260
9555 S. Eastern Avenue, Suite 210   7425 Peak Drive
Las Vegas, NV 89123                 Las Vegas, Nevada 89128
Attorney for Plaintiff              Attorney for Defendant

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 12/23/2014**

2